## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kristin McCary

                                    Plaintiff,

v.                                                                                                                       Case No.: 1:22−cv−01681

                                                                                                                       Honorable Maria Valdez

Facets of Touch, LLC., and Illinois Limited Liability Company, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 9, 2023:

      MINUTE entry before the Honorable Maria Valdez: The parties' Joint Motion for Approval of Settlement [56] is granted. The Court approves the settlement agreements between Plaintiffs and Defendants. The Court hereby dismisses this case without prejudice, with the parties to bear costs and attorneys' fees as set forth in the parties' settlement agreement, and with leave to seek reinstatement by 9/22/23. If the case has not been reinstated by 9/22/23, or there is no motion for reinstatement pending as of that date, then the dismissal will be with prejudice without further order of the Court. Civil case terminated. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.