IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTIN MCCARY, et al., <br>                 Plaintiffs, <br><br> v. <br><br> FACETS OF TOUCH, LLC, an Illinois limited liability company, <br><br>                 Defendant. | Case No. 1:22-cv-01681 <br><br> Hon. Maria Valdez |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement. The Court conducted video settlement conferences with counsel for the parties on May 11, June 1, and July 6, 2023. The Court is familiar with the claims and defenses advanced by the parties to this case, and with the negotiations that have occurred between the parties. The parties report that each of the Plaintiffs has entered into a Confidential Settlement Agreement and Release ("Settlement Agreement") with Defendants, which the parties have submitted to the Court for review and approval.

**IT IS HEREBY ORDERED:**

1. The Court finds that the Settlement Agreements are a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*; the Illinois Minimum Wage Law ("IMWL"), 820 ILCS 105/1 *et seq.*; and the Illinois Wage Payment and Collection Act ("IWPCA"), 820 ILCS 115/1 *et seq.*, and therefore approves the Settlement Agreements between Plaintiffs and Defendants.

2. The Court hereby dismisses this case without prejudice, with the parties to bear costs and attorneys' fees as set forth in the parties' Settlement Agreement, and with leave to seek reinstatement by September 22, 2023. If the case has not been reinstated by September 22, 2023, or there is no motion for reinstatement pending as of that date, then the dismissal will be with prejudice without further order of the Court.

**SO ORDERED.**

**ENTERED:**

DATE: **August 9, 2023**

_____
**HON. MARIA VALDEZ**
**United States Magistrate Judge**